**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

|  |  |  |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:19cv834-BRW |
| | ) | |
| vs. | ) | |
| | ) | |
| SHRI JINASHA, LLC D/B/A QUALITY INN | ) | |
| & SUITES; RAJNI PATEL; LINA PATEL; | ) | |
| VIJAY BRAHMBHATT; JOHN DOES 1-5 | ) | |
| and JOHN DOE ENTITIES 1-5 | ) | |
| | ) | |
| Defendants. | | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Jane Doe and Defendants Shri Jinasha, LLC d/b/a Quality Inn & Suites, Rajni Patel, Lina Patel, and Vijay Brahmbhatt, hereby agree that this action and all claims that Plaintiff has asserted herein are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED,

D. Michael Huckabay, Jr., ABN 89135
Kathryn B. Knisley, ABN 08169
**Huckabay Law Firm, PLC**
425 West Capitol Avenue, Suite 1575
Little Rock, Arkansas 72201
Phone: (501) 375-5600
michael@huckabaylawfirm.com
kathryn@huckabaylawfirm.com

*Attorneys for Separate Defendants SHRI JINASHA, LLC D/B/A QUALITY INN & SUITES, RAJNI PATEL, and LINA PATEL*

David M. Donovan, ABN 81184
Staci Carson, ABN 03158
**Watts, Donovan, Tilley & Carson, P.A.**
200 River Market Avenue, Suite 200
Little Rock, Arkansas 72201-1769

Phone: (501) 372-1406
david.donovan@wdtc.law
staci.carson@wdtc.law

*Attorney for Separate Defendant, VIJAY BRAHMBHATT*

Lauren Manatt, ABN 2011150
Meredith Moore, ABN 2014237
Denise Reid Hoggard, ABN 84072
**Rainwater, Holt & Sexton, P.A.**
P.O. Box 17250
Little Rock, Arkansas  72222
Ph (501) 868-2500
Fx (501) 868-2508
manatt@rainfirm.com
hoggard@rainfirm.com

*Attorney for Plaintiff, JANE DOE*